■ In the Matter of DAVID H. HALL, an Attorney. — Motion for reinstatement granted, and petitioner reinstated as attorney and counselor at law in the State of New York, effective March 6, 1984. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Milonas, JJ.

## (March 8, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH DREW, Appellant. — Judgment, Supreme Court, Bronx County (Archie Gorfinkel, J.), rendered on April 27, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Asch, Silverman and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVITICUS EGERTON, Appellant. — Judgment, Supreme Court, New York County (Benjamin Lander, J.), rendered on December 21, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Ross, Milonas and Kassal, JJ.